BENNETT *against* W. M. DAVIS and N. DAVIS.

JUDGMENT for the plaintiff was rendered against both the defendants, on bond and warrant of attorney. At a previous term, the judgment had been set aside as to *N. Davis*, for irregularity in its entry, on grounds mentioned in the report of the same case, in 3 *Cowen*, 68.

And now it was moved that the judgment be also set aside as to *W. M. Davis*, on the ground that he was an infant when the bond and warrant of attorney were executed.

A warrant of attorney by an infant, to confess judgment is void; and a judgment entered in virtue of it will be set aside on motion.

*W. H. Maynard*, for the motion, cited 1 *H. Bl. Rep.* 75; *Dunl. Pr.* 359; *W. Bl. Rep.* 1133; *Bing. on Judg.* 42; 1 *Dall.* 122.

*G. C. Bronson*, contra.

*Curia.* The warrant of attorney was void as to the infant ; and the judgment must, therefore, be set aside.

Motion granted.